**Fill in this information to identify the case:**

Debtor name: **Dinosaurs Unearthed Corp.**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known): **3:16-bk-02237-PMG**

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☒ Yes Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor**  —  **Current value of debtor's interest**

2. **Cash on hand** — **$10.04**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Toronto-Dominion Bank | U.S. current | 5739 | $24,492.06 |
| 3.2. | Toronto-Dominion Bank (USBBS) | U.S. dollar business checking | 7686 | $13,687.68 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.** — **$38,189.78**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2: Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☒ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

Debtor  **Dinosaurs Unearthed Corp.**  Case number *(If known)* **3:16-bk-02237-PMG**
          Name

| | | |
|---|---|---|
| 8.1. | **Academy of Natural Sciences - deferred cost** | **$848.94** |
| 8.2. | **International Museum of Arts and Science - deferred cost** | **$1,890.28** |

9. **Total of Part 2.**  $2,739.22
   Add lines 7 through 8. Copy the total to line 81.

Part 3: **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

   11a. 90 days old or less:  **209,318.98**  -  **0.00**  = ....  **$209,318.98**
                              face amount       doubtful or uncollectible accounts

12. **Total of Part 3.**  $209,318.98
    Current value on lines 11a + 11b = line 12. Copy the total to line 82.

Part 4: **Investments**

13. **Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

Part 5: **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

Part 6: **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

Part 7: **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No. Go to Part 8.
☐ Yes Fill in the information below.

Part 8: **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No. Go to Part 9.

Debtor **Dinosaurs Unearthed Corp.**  Case number *(If known)* **3:16-bk-02237-PMG**
     Name

☐ Yes Fill in the information below.

| Part 9: | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | **All other assets** |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) |  |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) |  |
|  | **Tax installment - federal**     Tax year **2016** | $105,028.00 |
|  | **Tax installment - state**     Tax year **2016** | $19,371.00 |
| 73. | **Interests in insurance policies or annuities** |  |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** |  |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** |  |
| 76. | **Trusts, equitable or future interests in property** |  |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership |  |
|  | **Intercompany receivable - Dinoking Tech Inc.** | $22,084.11 |
| 78. | **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | **$146,483.11** |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No

Debtor   **Dinosaurs Unearthed Corp.**                                                  Case number *(If known)*  **3:16-bk-02237-PMG**
       Name

☐ Yes

Debtor  **Dinosaurs Unearthed Corp.**  
Name

Case number *(If known)* **3:16-bk-02237-PMG**

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $38,189.78 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $2,739.22 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $209,318.98 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.....................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $146,483.11 | |
| 91. **Total.** Add lines 80 through 90 for each column | $396,731.09    + 91b. | $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $396,731.09 |

**Fill in this information to identify the case:**

Debtor name: **Dinosaurs Unearthed Corp.**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known): **3:16-bk-02237-PMG**

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property   12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name: **Dinosaurs Unearthed Corp.**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known): **3:16-bk-02237-PMG**

☐ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims  12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☒ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address**<br>**A-1 Storage and Crane**<br><br>**2482 197th Avenue**<br>**Manchester, IA 52057**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br>Basis for the claim: **Trade**<br>Is the claim subject to offset? ☒ No  ☐ Yes | **$1,935.75** |
| 3.2 | **Nonpriority creditor's name and mailing address**<br>**A.N. Deringer, Inc.**<br>**PO Box 11349**<br>**Succursale Centre-Ville**<br>**Montreal, QC  H3C 5H1**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br>Basis for the claim: **Trade**<br>Is the claim subject to offset? ☒ No  ☐ Yes | **$35.25** |
| 3.3 | **Nonpriority creditor's name and mailing address**<br>**ATS, Inc.**<br>**1900 W. Anaheim Street**<br>**Long Beach, CA 90813**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br>Basis for the claim: **Trade**<br>Is the claim subject to offset? ☒ No  ☐ Yes | **$5,780.00** |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>**Enterprise Rent-A-Car Canada**<br>**709 Miner Avenue**<br>**Scarborough, ON M1B 6B6**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br>Basis for the claim: **Trade**<br>Is the claim subject to offset? ☒ No  ☐ Yes | **$2,112.03** |

| Debtor | **Dinosaurs Unearthed Corp.** | Case number (if known) | **3:16-bk-02237-PMG** |
|---|---|---|---|
| | Name | | |

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,065.00** |
|---|---|---|---|
| | **George Young Company**<br>**509 Heron Drive**<br>**Swedesboro, NJ 08085** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim:  **Trade** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

### Part 3:    List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

### Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | **Total of claim amounts** |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $    0.00 |
| **5b. Total claims from Part 2** | 5b. + | $    21,928.03 |
| **5c. Total of Parts 1 and 2**<br>    Lines 5a + 5b = 5c. | 5c. | $    21,928.03 |

**Fill in this information to identify the case:**

Debtor name: **Dinosaurs Unearthed Corp.**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known): **3:16-bk-02237-PMG**

☐ Check if this is an amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases   12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Dinosaurs exhibition** | |
| | State the term remaining | 01/16/2017 | **Academy of Natural Sciences of Drexel University** <br> **1900 Benjamin Franklin Pkwy** <br> **Philadelphia, PA 19103-1195** |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Dinosaurs exhibition** | |
| | State the term remaining | 11/01/2017 | **Cedar Fair, L.P** <br> **King's Island** <br> **6300 Kings Island Drive** <br> **Kings Mills, OH 45034** |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Dinosaurs exhibition** | |
| | State the term remaining | 11/01/2018 | **Cedar Fair, L.P** <br> **Cedar Point** <br> **One Cedar Point Drive** <br> **Sandusky, OH 44870-5259** |
| | List the contract number of any government contract | | |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Dinosaurs exhibition** | |
| | State the term remaining | 11/01/2018 | **Cedar Fair, L.P** <br> **Kings Dominion** <br> **160 Theme Park Way** <br> **Doswell, VA 23047** |
| | List the contract number of any government contract | | |

| Debtor 1 | **Dinosaurs Unearthed Corp.** | | Case number (*if known*) | **3:16-bk-02237-PMG** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| | **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Dinosaurs exhibition** | |
| | State the term remaining | **11/01/2018** | **Cedar Fair, L.P** <br> **Dorney Park** <br> **3830 Dorney Park Road** <br> **Allentown, PA 18104** |
| | List the contract number of any government contract | | |
| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Dinosaurs exhibition** | |
| | State the term remaining | **11/01/2019** | **Cedar Fair, L.P** <br> **ValleyFair** <br> **1 Valley Fair Drive** <br> **Shakopee, MN 55379** |
| | List the contract number of any government contract | | |
| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Dinosaurs exhibition** | |
| | State the term remaining | **11/01/2019** | **Cedar Fair, L.P** <br> **Worlds of Fun** <br> **4545 Worlds of Fun Ave.** <br> **Kansas City, MO 64161** |
| | List the contract number of any government contract | | |
| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Dinosaurs exhibition** | |
| | State the term remaining | **11/01/2019** | **Cedar Fair, L.P** <br> **Carowinds** <br> **14523 Carowinds Blvd.** <br> **Charlotte, NC 28273** |
| | List the contract number of any government contract | | |
| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Dinosaurs exhibition** | |
| | State the term remaining | **09/05/2016** | **Discovery Science Center of Orange County** <br> **2500 N. Main Street** <br> **Santa Ana, CA 92705** |
| | List the contract number of any government contract | | |
| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Xtreme Bugs exhibition** | |
| | State the term remaining | **03/19/2017** | **International Museum of Art and Science** <br> **1900 W.Nolana Avenue** <br> **McAllen, TX 78504** |
| | List the contract number of any | | |

| Debtor 1 | **Dinosaurs Unearthed Corp.** | | Case number (*if known*) | **3:16-bk-02237-PMG** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | government contract | | |
|---|---|---|---|
| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Dinosaurs exhibition** | |
| | State the term remaining | **10/12/2016** | **National Mississippi River Museum & Aquarium**<br>**350 East 3rd Street**<br>**Dubuque, IA 52001** |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name  **Dinosaurs Unearthed Corp.**

United States Bankruptcy Court for the:  MIDDLE DISTRICT OF FLORIDA

Case number (if known)  **3:16-bk-02237-PMG**

☐ Check if this is an amended filing

Official Form 206H
# Schedule H: Your Codebtors        12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**                    *Column 2:* **Creditor**

| | Name | Mailing Address | | | | Name | Check all schedules that apply: |
|---|---|---|---|---|---|---|---|
| 2.1 | | Street | | | | | ☐ D<br>☐ E/F<br>☐ G |
| | | City | State | Zip Code | | | |
| 2.2 | | Street | | | | | ☐ D<br>☐ E/F<br>☐ G |
| | | City | State | Zip Code | | | |
| 2.3 | | Street | | | | | ☐ D<br>☐ E/F<br>☐ G |
| | | City | State | Zip Code | | | |
| 2.4 | | Street | | | | | ☐ D<br>☐ E/F<br>☐ G |
| | | City | State | Zip Code | | | |

**Fill in this information to identify the case:**

Debtor name: **Dinosaurs Unearthed Corp.**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known): **3:16-bk-02237-PMG**

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  07/15/2016    **X** /s/ Michael J. Little
Signature of individual signing on behalf of debtor

**Michael J. Little**
Printed name

**Chief Financial Officer and Chief Operating Officer**
Position or relationship to debtor